UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1597-RN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>THE UNITED STATES OF AMERICA )<br>FOR A SEARCH WARRANT FOR: )<br>120 ST. ALBAN'S DRIVE )<br>UNIT 375 )<br>RALEIGH, NC 27609 ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the search warrant Application and Affidavit in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: August 13, 2015

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge